IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY MONCRIEF, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 03-PT-0668-S |
| BROOKWOOD MEDICAL GROUP and DR. JAMES H. BLANTON, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 14) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the complaint in this matter (doc. 1) is due to be dismissed without prejudice premised on the plaintiff's failure to appear and prosecute this action. An appropriate order will be entered.

DONE, this 30th day of December, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE